# HARVEY FISHBEIN
──────── ATTORNEY AT LAW ────────

111 BROADWAY, SUITE 701
NEW YORK, NEW YORK 10006
TEL: (212) 233-9555
FAX: (212) 374-1506
hf@harveyfishbein.com

April 25, 2024

**VIA EMAIL & ECF**
Hon. John P. Cronan
United States District Judge
500 Pearl Street
New York, NY 10007

                                         Re: **United States v. Brett Owens**
                                                     **24 CR 183 (JPC)**

Dear Judge Cronan:

     I represent Brett Owens in the above-referenced matter pursuant to my appointment on February 6, 2024. At defendant's presentment on that date before Magistrate Judge Cave, bail was set in this matter at a $50,000 personal recognizance bond to be cosigned by one financially responsible person. The defendant was released that day and conditions were met. The bail conditions included the normal travel restrictions to the Southern District and Eastern District of New York.

     Mr. Owens requests that the bail conditions be temporarily modified to permit him to travel by bus to Philadelphia, Pennsylvania on April 27th, returning the following day, April 28th. He has not yet confirmed where he will spend the night. He also requests permission to travel to Six Flags in Jackson, New Jersey on May 5th, returning the same day. Finally, he requests permission to travel to Washington, D.C. on or about May 23rd, returning on or about May 27th.

     I have spoken with Pretrial Officer Jazzlyn Harris who informs me that Mr. Owens is presently in compliance with all of his pretrial release conditions and as long as he continues to be in compliance, she has no objection to any of the requested modifications. I have also been in contact with AUSA Jerry Fang who informs me that the Government does not object to these modifications conditioned on Mr. Owens providing to pretrial services his itinerary for the trip to

Washington, D.C. from on or about May 23rd until or or about May 27th. All of these trips are for personal and recreational purposes.

                                     Respectfully requested,

                                     /s/
                                  Harvey Fishbein

cc:    AUSA Jerry Fang (via ECF)
       Pretrial Services Officer Jazzlyn Harris (by email)

The request is granted. Mr. Owens may travel to Philadelphia, Pennsylvania from April 27 to April 28, 2024; Jackson, New Jersey on May 5, 2024; and Washington, DC from May 23 to May 27, 2024, provided that he first submits his itineraries to pre-trial services. The Clerk of Court is respectfully directed to close Docket Number 14.

SO ORDERED.
Date: April 25, 2024
New York, New York

                                                  JOHN P. CRONAN
                                              United States District Judge