```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                  :
UNITED STATES OF AMERICA,                         :
                                                  :
                                                  :
              -v-                                 :      24 Cr. 183 (JPC)
                                                  :
BRETT OWENS,                                      :      ORDER
                                                  :
                       Defendant.                 :
                                                  :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The sentencing hearing is adjourned to October 2, 2024 at 10:00 a.m. in Courtroom 12D of 500 Pearl Street, New York, NY 10007.  The Clerk of Court is respectfully directed to close Docket Number 22.

      SO ORDERED.

Dated: September 3, 2024  
       New York, New York

                                                  JOHN P. CRONAN  
                                      United States District Judge