**LAW OFFICE OF AKANE C. FUJIWARA**
1412 Broadway, 21st Floor, Suite 21V
New York, NY 10018
Tel: (917)789-0122
Fax: (646) 585-1376
fujiwara@fujiwaralawoffice.com

October 3, 2024

**VIA ECF**
Hon. John P. Cronan
United States District Judge
500 Pearl Street
New York, NY 10007

Re:   <u>United States v. Brett Owens</u>   24 Cr. 183 (JPC)

Dear Judge Cronan:

    I, along with Harvey Fishbein, represent Brett Owens who was sentenced by Your Honor on October 2, 2024.

    Mr. Owens respectfully requests a temporary modification to his bail conditions to permit him to travel on Friday, October 4, 2024 to Tobbyhanna, Pennsylvania (Poconos Mountain area), returning on Monday, October 6, 2024, as well as the weekend of October 25, 2024, returning October 26, 2024. He will be staying with a friend. I have contacted United States Pretrial Services Officer Jazzlyn Harris and AUSA Jerry Fang, both of whom consent to the modification as long as Mr. Owens provides all of his travel and lodging information to Pretrial Services and checks in with Pretrial before and after the trip.

                    Respectfully submitted,

                    Akane C. Fujiwara

cc:
All parties (via ECF)
U.S. Pretrial Services Officer Jazzlyn Harris (by email)

The request is granted. Mr. Owens may travel to Tobbyhanna, Pennsylvania (Poconos Mountain area) from October 4, 2024 to October 6, 2024, as well as October 25, 2024 to October 26, 2024, on the condition that he provides all of his travel and lodging information to Pretrial Services and checks in with Pretrial Services before and after the trips. The Clerk of Court is respectfully directed to close Docket Number 32.

SO ORDERED.
Date: October 4, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge